FILED

OCT 2 5 2016

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| In the Matter of the Seizure of $53,743.00 in United States Currency. | Cause No. MJ 16-48-GF-JTJ<br><br>ORDER |
|---|---|

Upon consideration of the United States' motion and good cause appearing,

IT IS HEREBY ORDERED that the Application and Affidavit for Seizure Warrant shall be filed under seal and remain under seal under further order of this Court.

**DATED** this 25th day of October, 2016.

_____
John T. Johnston
United States Magistrate Judge